# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| GARRETT LEE JONES , | Civil No. 15-2679 (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| JOHN EGELHOF; DONAVON WIND; THOMAS B. HEFFELFINGER; ERICA H. MACDONALD; U.S. MARSHALL, Unknown; ANN D. MONTGOMERY; RED LAKE TRIBAL LAW & JUSTICE; BUREAU OF INDIAN AFFAIRS; RED LAKE TRIBAL POLICE OFFICERS, Unknown; and MIKE GRAVES, | |
| Defendants. | |

Garrett Lee Jones, #11392-041, Quarters: N-B, FCI, P.O. Box 7007, Marianna, FL 32447-7007, *pro se* plaintiff,

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 10, 2015. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED:**

1. The August 3, 2015 Report and Recommendation [Docket No. 7] is **VACATED**.

2. Plaintiff Garrett Lee Jones's motion for an extension of time to respond to the August 3, 2015 Report and Recommendation [Docket No. 10] is **DENIED AS MOOT**.

3. This action is **DISMISSED WITHOUT PREJUDICE.**

4. Jones's application to proceed *in forma pauperis* [Docket No. 2] is **DENIED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 15, 2015
at Minneapolis, Minnesota                    s/John R. Tunheim
                                                  JOHN R. TUNHEIM
                                                      Chief Judge
                                         United States District Court